IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| VALENCE HEALTH, INC., | |
| Plaintiff, | CASE NO. 2:15-CV-02235 |
| v. | JUDGE MARBLEY |
| OHIOHEALTH GROUP, LTD., | MAGISTRATE JUDGE KING |
| Defendant. | |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is stipulated and agreed, by and between the parties, that this action and all claims asserted therein shall be dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Norman P. Jeddeloh per email authority on Feb. 24, 2016 by David S. Bloomfield, Jr. | /s/ David S. Bloomfield, Jr. |
| Joseph F. Murray, Trial Attorney (0063373) | David S. Bloomfield, Jr., Trial Attorney (0068158) |
| Geoffrey J. Moul (0070663) | Elizabeth L. Moyo (0081051) |
| Murray Murphy Moul + Basil LLP | Porter Wright Morris & Arthur LLP |
| 1114 Dublin Road | 41 South High Street, 29th Floor |
| Columbus, OH 43215 | Columbus, OH 43215-6194 |
| (614) 488-0400 | (614) 227-2169 |
| (614) 488-0401 *facsimile* | (614) 227-2100 *facsimile* |
| Email: murray@mmmb.com | Email: dbloomfield@porterwright.com |
| moul@mmmb.com | emoyo@porterwright.com |
| | |
| Norman P. Jeddeloh (admitted *pro hac vice*) | *Counsel for Defendant* |
| Arnstein & Lehr LLP | |
| 120 South Riverside Plaza | |
| Suite 1200 | |
| Chicago, IL 60606 | |
| (312) 876-7100 | |
| (312) 876-0288 *facsimile* | |
| Email: npjeddeloh@arnstein.com | |

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on February 24, 2016 a copy of the foregoing Joint Stipulation of Dismissal With Prejudice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                                       */s/* David S. Bloomfield, Jr.
                                       David S. Bloomfield, Jr. (0068158)
                                       Porter Wright Morris & Arthur LLP
                                       41 South High Street, 29th Floor
                                       Columbus, OH 43215-6194
                                       (614) 227-2169
                                       (614) 227-2100 *facsimile*
                                       dbloomfield@porterwright.com